IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:24-cr-00034-MOC-WCM-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD TESTIFICANDUM** |
| STEPHANIE MIRANDA NEACE ) | |
| _____ ) | |

This matter is before the Court on Defendant's Motion for Writ of Habeas Corpus ad Testificandum (Doc. 34).

**IT IS HEREBY ORDERED THAT:**

1. The motion is **GRANTED** and the United States Marshals Service is **DIRECTED** to have Jordan Nathaniel Hedden, who is now detained in the Cherokee County Detention Center, Murphy, North Carolina, brought under safe and secure conduct before the Honorable Max O. Cogburn, Jr, United States District Judge for the Western District of North Carolina, in Courtroom 1 of the United States Courthouse in Asheville, North Carolina, on or before February 4, 2025 at 9:00 a.m., or at such other time as the Court may direct, to testify in the above captioned case.

1

2. The United States Marshals Service shall return Jordan Nathaniel Hedden to the Cherokee County Detention Center at the conclusion of the above captioned case, or at such other time as the Court may direct.

Signed: December 16, 2024

W. Carleton Metcalf
United States Magistrate Judge